# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

134618(30)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MICHON DESMOND HOUSTON,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134618
COA: 275644
Wayne CC: 03-001609-01

On order of the Court, the motion for reconsideration of this Court's December 28, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

_____
Clerk

d0211